UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Criminal No. 11-cr-30-01-JD

Claudia Gabriella Salas

O R D E R

The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted in the interest of justice for reasons stated in the motion; Trial is continued to the two-week period beginning February 22, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: October 27, 2011

cc: Michael Iacopino, Esq.
    Alfred Rubega, Esq.
    U.S. Marshal
    U.S. Probation